THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thuan Van Le, Appellant.
 
 
 

Appeal From Florence County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2010-UP-233
 Submitted March 1, 2010  Filed April 8,
2010    

AFFIRMED

 
 
 
 James  McBratney, Jr., of Florence, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Deborah R.J. Shupe, of Columbia; and Solicitor Edgar Lewis Clements,
 III, of Florence, for Respondent.
 
 
 

PER CURIAM: 
 Thuan Van Le appeals his guilty plea,
 made pursuant to North Carolina v. Alford, 400 U.S. 25 (1970), to one count of conspiracy
 to traffic between one hundred and one thousand marijuana plants, arguing: (1)
 there was no indictment for the crime; and (2) he did not knowingly and
 voluntarily waive presentment of an indictment to a grand jury.  We affirm[1]  pursuant to Rule 220(b), SCACR, and the following authorities: In re Arisha K.S., 331 S.C. 288, 293-94, 501 S.E.2d 128, 131 (1998) (holding the
 voluntariness of a guilty plea must be raised by objection to the trial court
 in order to be preserved for appeal); Rivers v. Strickland, 264 S.C.
 121, 124, 213 S.E.2d 97, 98 (1975) (stating "[t]he general rule is that a
 plea of guilty, voluntarily and understandingly made, constitutes a waiver of
 nonjurisdictional defects and defenses, including claims of violation of
 constitutional rights prior to the plea").
AFFIRMED.
SHORT,
 WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.